DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TARA HOLMES, RONNIE GREEN,** and **ZEBRENA GREEN,**
Appellants,

v.

**PALADIN SECURITY, LLC,** and **GMF-STONYBROOK LLC,** a/k/a **GMF-PRESERVATION OF AFFORDABILITY CORP.,** d/b/a **STONYBROOK APARTMENTS,** and **LEDIC MANAGEMENT GROUP, LLC,**
Appellees.

No. 4D20-2508

[October 28, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; James L. Martz, Judge; L.T. Case No. 502019CA003991.

Gregory A. Samms of Law Offices of Gregory A. Samms, P.A., Coral Gables, for appellants.

Jonathan S. Glickman of Slusher & Rosenblum, P.A., West Palm Beach for appellee GMF-Stonybrook, LLC.

James H. Wyman of Hinshaw & Culbertson, LLP, Coral Gables and Rory Eric Jurman of Hinshaw & Culbertson, LLP, Fort Lauderdale, for appellee Paladin Security, LLC.

PER CURIAM.

*Affirmed.*

CONNER, C.J., MAY and DAMOORGIAN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***